# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>TALAMETRIUS KENYON SPRUILL<br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. 2:23-MJ-1044-1KS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 16, 2023__ in the county of __Hertford__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 922(g)(1) | Possession of Ammunition by Convicted Felon |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

On this day, __SA Caleb Jobe__ appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

_/s/ Caleb Jobe_
*Complainant's signature*

Caleb Jobe, FBI Special Agent
*Printed name and title*

Date: __7/18/2023__

_/s/ Kimberly A. Swank_
*Judge's signature*

Kimberly A. Swank, United States Magistrate Judge
*Printed name and title*

City and state: __Greenville, North Carolina__

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

I, Special Agent Caleb Jobe of the Federal Bureau of Investigation (FBI), a Division of the United States Department of Justice located in Washington D.C., assigned to the FBI Charlotte Division, Greenville Resident Agency, Greenville, North Carolina (NC), being duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent with the FBI since 2020. I am currently assigned to Violent Incident Crimes – Domestic (VIC-D) Squad and I am responsible for conducting investigations of potential violations of federal criminal laws. During my career as an FBI Special Agent, I have received training, investigated numerous violations, seized evidence and arrested persons for violations of federal criminal laws. I have conducted dozens of investigations into violent street gangs, narcotics distributions, and criminal acts of violence, to include surveillance, the execution of search warrants, the recovery of substantial quantities of narcotics, and the debriefing of informants and cooperating witnesses.

2. In my capacity as a Special Agent of the FBI, your affiant is authorized to investigate violations of laws and to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of an Application for Arrest Warrant of **TALAMETRIUS KENYON SPRUILL**.

4. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and



computer forensic professionals; and my experience, training and background as a Special Agent with the FBI.

5. This affidavit does not include all of the facts known to me regarding this investigation, only those sufficient to establish probable cause that federal laws have been violated.

## INTRODUCTION

6. This affidavit is made in support of a complaint against TALAMETRIUS KENYON SPRUILL, (hereinafter "SPRUILL"), charging that on or about July 16, 2023, SPRUILL committed the following federal offense: a felon in possession of ammunition, in violation of 18 U.S.C §§ 922(g) (1) and 924.

## PROBABLE CAUSE

7. On July 16, 2023, around 3 a.m. Hertford County Sheriff's Office (HCSO) Deputies Parker and Pagola responded to a 911 call from an April Williams at 120 Horse Shoe Trail Ahoskie, North Carolina 27910 who complained about a suspicious person outside her residence. Upon arrival Deputies Parker and Pagola made contact with TALAMETRIUS KENYON SPRUILL, an individual who was known to the deputies to be wanted by the Ahoskie Police Department and the United States Marshals. SPRUILL pulled a firearm out and fired four shots at Deputy Parker who returned fire. Deputy Parker was not struck and SPRUILL did not appear to be shot as he was able to flee from the scene. Officers pursued SPRUILL but lost him in the dark.

8. HCSO Deputy Chase Oliver, a Federal Bureau of Investigation Task Force Officer (TFO), responded to the scene of the officer involved shooting. On scene, Deputies stated to TFO Oliver, that Ms. Williams had also identified the shooter as SPRUILL. TFO Oliver reviewed a still shot, date and time-stamped 7/16/2023 at 03:17:07 local time, from HCSO Deputy Pagola's body camera and was able to confirm the subject was SPRUILL. The still shot showed SPRUILL sitting

in a vehicle holding what appears to be a firearm. He has been wanted for the past seven years and was known by law enforcement to include numerous deputies at HCSO. TFO Oliver was able to find Ms. Williams who confirmed that she knew the person who shot to be SPRUILL.

9. Following the shooting, HCSO Deputies recovered four 9mm Luger ammunition casings at the scene. Three were headstamped by the manufacturer CCI, and one was headstamped by the manufacturer CBC. These recovered shell casings were fired from SPRUILL's firearm, not Deputy Parker's firearm which was .40 caliber Glock 22 handgun. The four casings were photographed and stored as evidence. The casings are defined as ammunition in Title 18, United States Code, Section 921(a)(3); ammunition is a projectile, propellant, primer, cartridge casing, shotshell and/or a cartridge. ATF Special Agent Griffin provided FBI with a preliminary interstate nexus based on the 9mm ammunition casings, CBC (manufactured in Brazil) and CCI (manufactured in Idaho), advising the cartridge casings described above were made outside of North Carolina either by, or under contract for, the listed manufacturer, and therefore traveled in interstate commerce before their recovery in the Eastern District of North Carolina

10. On July 17, 2023 FBI TFO Chase Oliver went to the Hertford County Clerk of Court and reviewed SPRUILL's Judgement and Commitment, and Transcript of Plea. The Hertford County Clerk of Court confirmed its accuracy. SPRUILL was convicted on 02/06/2012 of Assault with a Deadly Weapon with Intent to Kill, a crime punishable by more than one year confinement. SPRUILL pled guilty to the offense and received a 34 month sentence. A review of the plea transcript shows SPRUILL acknowledged each element of the offense to which he pled and that he understood the nature of the offense to which he pled guilty.

11. Attachment A is the still shot from HCSO Deputy Pagola's body camera.

12. Attachment B includes four photographs of casings recovered at the scene of the shooting. These photographs were forwarded to Alcohol, Tobacco, and Firearms (ATF) Special Agent John Griffin for review.

### Conclusion

Based upon the foregoing, your affiant believes probable cause exists that TALAMETRIUS KENYON SPRUILL, committed a violation of Title 18 of the United States Code Section 922(g)(1) – to wit, knowingly possessing a firearm and ammunition after having received a felony conviction while affecting interstate commerce. I respectfully request that the Court issue a warrant ordering the arrest of TALAMETRIUS KENYON SPRUILL for said violation.

Caleb Jobe
FBI Special Agent
Greenville RA

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath and attested to the contents of this affidavit.

7/18/2023
Date

KIMBERLY A. SWANK
United States Magistrate Judge

**Attachment A**



Attachment B







