# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>**TALAMETRIUS KENYON SPRUILL**<br>*Defendant* | )<br>)  Case No.  2:23-MJ-1044-1KS<br>)<br>)  **RECEIVED**<br>)  By USMS-E/NC at 4:13 pm, Jul 18, 2023<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **TALAMETRIUS KENYON SPRUILL**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of ammunition by Convicted Felon in violation of 18 U.S.C. 922(g)(1)

Date:  07/18/2023

*Issuing officer's signature*

City and state:  Greenville NC

Kimberly A. Swank, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/18/2023, and the person was arrested on *(date)* 07/21/2023
at *(city and state)* Raleigh, NC.

Date: 07/21/2023

R. McCarter, FBI
*Arresting officer's signature*

S. Bowyer, USMS
*Printed name and title*

**FILED**
JUL 21 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK